PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E), Ala. R.App. P.; Kendall v. United Servs. Auto. Ass’n, 23 So.3d 1119, 1123 (Ala.2009); and State Farm Mut. Auto. Ins. Co. v. Causey, 509 F.Supp.2d 1026, 1029-30 (M.D.Ala.2007).
This appeal was transferred to this court by the Alabama Supreme Court pursuant to Ala.Code 1975, § 12-2-7(6).
BRYAN, THOMAS, and MOORE, JJ., concur.
THOMPSON, P.J., concurs specially.